UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNETTE WEDDLE,

    Plaintiff,

v.

    Case No. 1:23-cv-714

    Hon. Hala Y. Jarbou

DEWITT CHARTER TOWNSHIP, et al.,

    Defendants.

_____/

## ORDER

For the reasons stated in the opinion entered this date:

**IT IS ORDERED** that Defendant Wiswasser's motion for summary judgment (ECF No. 37) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claim against Wiswasser is **DISMISSED** because Wiswasser is entitled to qualified immunity for that claim.

The Court will enter a judgment dismissing the case.

Dated: November 19, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE