UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNETTE WEDDLE,

    Plaintiff,

v.

                          Case No. 1:23-cv-714

DEWITT CHARTER TOWNSHIP, et al.,    Hon. Hala Y. Jarbou

    Defendants.
_____/

## JUDGMENT

In accordance with the opinion and order entered this date:

**IT IS ORDERED** that this case is **DISMISSED**.

Dated: November 19, 2024          /s/ Hala Y. Jarbou
                                     HALA Y. JARBOU
                                     CHIEF UNITED STATES DISTRICT JUDGE